RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Edward Rodriguez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD RODRIGUEZ,<br><br>        Defendant. | Case No. 2:22-cr-00257-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Edward Rodriguez, that the Sentencing Hearing currently scheduled on June 25, 2024, at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.   Additional time is needed for defense counsel to make objections to the presentence investigation report and to further investigate one of the prior convictions listed in the report. Moreover, additional time is needed to request and obtain mitigation records.

2.   The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 22nd day of May 2024.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| */s/ Raquel Lazo* | */s/ Melanee Smith* |
| By_____ | By_____ |
| RAQUEL LAZO | MELANEE SMITH |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00257-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD RODRIGUEZ, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, June 25, 2024, at 9:15 a.m., be vacated and continued September 26, 2024 at 9:15 a.m.

DATED this 23rd day of May 2024.

_____
UNITED STATES DISTRICT JUDGE